**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CHERON L. PAKROUH, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| RECOVERCARE LLC, | : | No. 2:14-cv-02751-ER |
| | : | |
| Defendant. | : | |

FILED

AUG 19 2014

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## STIPULATION TO EXTEND TIME TO RESPOND

It is hereby agreed and stipulated between counsel for Plaintiff Cheron Pakrouh

("Plaintiff"), and Defendant RecoverCare LLC ("RecoverCare"), pursuant to Local Federal Rule

of Civil Procedure 7.4(b), that the time within which RecoverCare may answer, plead or

otherwise respond to Plaintiff's Complaint in the above-captioned matter is hereby extended

through and including Friday, August 22, 2014. No prior extensions have been granted in this

matter.

**STIPULATED AND AGREED TO:**

/s/ Julie Uebler
Julie A. Uebler, Esq.
Devon Square Two
744 West Lancaster Avenue, Suite 220
Wayne, PA 19087
(610) 688-7900
juebler@ueblerlaw.com
*Counsel for Plaintiff Cheron Pakrouh*


Dated: August 18, 2014

/s/ Valerie Eifert
Wayne C. Stansfield , Esq.
Valerie M. Eifert, Esq.
3 Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
(215) 851-8100
wstansfield@reedsmith.com
veifert@reedsmith.com
*Counsel for Defendant RecoverCare LLC*


**SO ORDERED:**

**EDUARDO C. ROBRENO, J.**

Dated: _____8/19_____ 2014